UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

# A D R REPORT

File Electronically at ADR Documents - ADR Report by Mediator/ Evaluator

---

Case Number and Name: **CIV-2017-134-HE, Bollenbach Enterprises Limited Partnership, et al. v. OEA, et al.**
Name of Mediator or Evaluator: __Bob Gum__
**TYPE OF ADR**: (check one)    __x__ Mediation    ___ Early Neutral Evaluation

ADR Session Held or to be Held (date): **June 12, 2017**

Additional Session Held, if any (date): **June 13, 2017 – via telephone**

**Results of Referral to ADR:**

__ Case settled **before** ADR          __ Case did **not** settle
__ Case settled **at** ADR session      __ Case will not be heard - Reason: _____
__ Case settled in part - Explain       **X** Other  Case settled by phone on day following mediation.

__ Counsel were requested to notify court if case settled or settled in part and to file the appropriate pleadings**.**

Did neutral serve pro bono? __yes or __no (check one).

Status of litigation when ADR occurred (e.g. __TRO, __pre-discovery, **X** partial discovery, __full discovery,

__ Trial preparation commenced, ___other _____ (check one)
Length of ADR session **Approximately _9_ hours**

Dated: June 21, 2017

      s/Robert G. Gum             Or         s/
Mediator/Evaluator (Attorney Bar #3659)    Mediator (Non-attorney - I certify that I have the signed original of
                                            this document, which is available for inspection at any time
                                            by the Court or a party to this action

.
**(ATTENTION NEUTRAL: This form is to be FILED ELECTRONICALLY by the neutral immediately upon the conclusion of the ADR. This form must be completed and filed even if the session did not occur or the neutral is serving privately for any case pending in this Court. Additional forms may be retrieved from the Court's website at www.okwd.uscourts.gov).**                                  _____

**ONLY THE NEUTRAL IS TO FILE THIS FORM**
**Any Notes or other information concerning this case that is not to be filed, please send separately to ADR ADMINISTRATOR % Court Clerk, U.S. Courthouse, Room 1210, 200 N. W. 4th Street, Oklahoma City, OK 73102.**

Rev. 5/1/04