IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BOLLENBACH ENTERPRISES LIMITED PARTNERSHIP, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | NO. CIV-17-0134-HE |
| OKLAHOMA ENERGY ACQUISITIONS LP, ET AL., | ) ) ) | |
| Defendants. | ) | |

### ORDER

The parties' joint motion to reopen this case for the purpose of considering approval of a class settlement [Doc. #26] is **GRANTED**. The clerk is directed to reopen this case in her records. These further deadlines are established consistent with the recommendation in the parties' motion but adjusted for the intervening elapse of time:

August 9, 2017 – Plaintiff to file amended complaint including settled claims.

August 16, 2017 – Defendants to file answer denying the claims.

September 13, 2017 – Motion for preliminary certification/approval to be filed.

September 28, 2017 – Preliminary approval hearing, at 1:30 p.m.

**IT IS SO ORDERED**.

Dated this 4th day of August, 2017.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE