# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOLLENBACH ENTERPRISES LIMITED PARTNERSHIP,<br>    on behalf of itself and all others similarly situated,<br><br>                        Plaintiff,<br><br>    vs.<br><br>OKLAHOMA ENERGY ACQUISITIONS LP; ALTA MESA SERVICES, LP; and ALTA MESA HOLDINGS, LP<br>    (including affiliated predecessors and affiliated successors),<br><br>                        Defendants. | Case No. 5:17-CV-00134-HE |

## SECOND AMENDMENT TO AMENDED SETTLEMENT AGREEMENT

# SECOND AMENDMENT TO
# AMENDED SETTLEMENT AGREEMENT

This Second Amendment to Amended Settlement Agreement (the "Second Amendment") is entered into as of the 20th day of December, 2017, by and between the plaintiff Class Representative (as defined in paragraph 1.4 of the Amended Settlement Agreement (Doc.38-1)), on behalf of itself and as representative of the Settlement Class (as defined in the Amended Settlement Agreement), and the defendants Oklahoma Energy Acquisitions LP, Alta Mesa Services, LP, and Alta Mesa Holdings, LP (collectively "Alta Mesa" or "Defendants").

## RECITALS

A.   *Whereas*, the Class Representative and Defendants originally entered into a class settlement agreement on October 18, 2017 ([Doc.34-1]) (the "Original Settlement Agreement");

B.   *Whereas*, the Class Representative and Defendants subsequently executed an amendment to the Original Settlement Agreement (the "Amended Settlement Agreement", [Doc. 38-2]), amending and replacing the Original Settlement Agreement per the order of the Court on November 2, 2017 [Doc. 36];

C.   *Whereas,* the Class Representative and Defendants subsequently executed a First Amendment [Doc. 39-1] to the Amended Settlement Agreement (the "First Amendment"), amending the date of the Settlement Fairness Hearing;

D.   *Whereas*, upon the agreement of the Parties, the date for Defendants to pay the Settlement Proceeds into the Bollenbach Settlement Account should be revised from December 22, 2017, to January 4, 2018, in exchange for an increase in the Settlement Proceeds of $45,000.00;

E.   *Whereas*, the Court has requested a revision to Exhibit D-2 the publication notice in accordance with the Court's direction; and

F.   *Therefore*, the Class Representative and Defendants desire to enter into the following amendment to reflect these amended provisions to the Amended Settlement Agreement; and

*Now, therefore,* the Class Representative (on behalf of itself and as representative of the Settlement Class), the Settlement Class, the Settlement Class Counsel, and Alta Mesa, in consideration of the execution of this Agreement, the mutual promises contained herein, the benefits to be received hereunder and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged by all parties to this Agreement, hereby agree as follows:

## Second Amendment to Amended Settlement Agreement

      The Class Representative and Defendants agree that all references to the date for the Defendants to deposit the Settlement Proceeds into the Bollenbach Settlement Account, are amended to replace "December 22, 2017" with "January 4, 2018". Further, all references to amount of the Settlement Proceeds in the Amended Settlement Agreement are amended to replace "$4,687,029" with "$4,732,029". In addition, Exhibit D-2 publication notice is amended to insert "Oklahoma Energy Acquisitions, L.P., Alta Mesa Services, L.P., and Alta Mesa Holdings, L.P." after the word "Defendants" in the first sentence of Exhibit D-2. Exhibit D-2 is also amended to replace "XXX-XXX-XXXX" with "844-877-5875", as appearing in the last sentence of Exhibit D-2. Otherwise, the Amended Settlement Agreement and its exhibits are not amended; they remain in full force and effect.

IN WITNESS WHEREOF, the parties hereto, by their respective counsel to whom they have given authority, have executed this Agreement in several counterpart originals on the date set forth opposite their names.

**[SPACE INTENTIONALLY LEFT BLANK, SIGNATURE PAGES TO FOLLOW]**

**CLASS REPRESENTATIVE:**

BOLLENBACH ENTERPRISES LIMITED PARTNERSHIP

By: _Melvin W. Bollenbach_

Title: _PARTNER_

Date Signed: _12/21/2017_

**APPROVED BY CLASS COUNSEL:**

REX A. SHARP OBA No. 011990
Rex. A. Sharp, P.A.
5301 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
(913) 901-0419 fax
rsharp@midwest-law.com


REAGAN E. BRADFORD OBA No. 22072
W. MARK LANIER (*Pro Hac Vice*)
The Lanier Law Firm
*Houston Office*:
6810 FM 1960 West
Houston, Texas 77069
Telephone: (713) 659-5200
*Oklahoma Office*:
100 E. California Ave., Suite 200
Oklahoma City, OK 73104
WML@LanierLawFirm.com
Reagan.Bradford@LanierLawFirm.com

Settlement Class Counsel

**OKLAHOMA ENERGY ACQUISITIONS, LP**

By: Alta Mesa Holdings GP, LLC, its general partner

By: _____
F. David Murrell, VP of Land

Date Signed: 12-21-17

**ALTA MESA SERVICES, LP**

By: Alta Mesa Holdings GP, LLC, its general partner

By: _____
F. David Murrell, VP of Land

Date Signed: 12-21-17

**ALTA MESA HOLDINGS, LP**

By: Alta Mesa GP Holdings, LLC, its general partner

By: _____
F. David Murrell, VP of Land

Date Signed: 12-21-17

APPROVED BY RELEASED PARTIES' COUNSEL

_____
L. Vance Brown, OBA #10742
Eric L. Huddleston, OBA #21225
Wyatt D. Swinford, OBA #32520
ELIAS, BOOKS, BROWN & NELSON, P.C.
Two Leadership Square
211 N. Robinson, Suite 1300
Oklahoma City, Oklahoma 73102
Telephone: 405-232-3722
vbrown@eliasbooks.com
wswinford@eliasbooks.com
**Counsel for Defendants**

5