# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOLLENBACH ENTERPRISES LIMITED PARTNERSHIP,<br>on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>OKLAHOMA ENERGY ACQUISITIONS LP; ALTA MESA SERVICES, LP; and ALTA MESA HOLDINGS, LP (including affiliated predecessors and affiliated successors),<br><br>      Defendants. | Case No. 5:17-CV-00134-HE |

## CLASS REPRESENTATIVE'S MOTION FOR APPROVAL OF ATTORNEYS' FEES, EXPENSES, CLASS REPRESENTATIVE AWARD, AND SETTLEMENT ADMINISTRATION EXPENSES

Plaintiff, as Class Representative for the Settlement Class, respectfully files this Motion for Approval of Attorneys' Fees, Expenses, Class Representative Award, and Settlement Administration Expenses, and hereby moves this Court for entry of an Order approving the following, in accord with the parties' Amended Settlement Agreement and Section IV of the Class Notice, Doc. 40-1, at ECF 5: Attorneys' Fees in the amount of $1,577,343.00; Litigation expenses in the amount of $48,978.03; Class Representative Award in the amount of $70,980.44; and Settlement Administration expenses in the amount of $31,000.00, *plus* the ability to recover additional expenses of up to $8,000.00 through the completion of the distribution of the Settlement Proceeds and in the event of an appeal, to the extent such expenses are actually incurred. Accordingly, Class Representative seeks

reservation of $39,000.00 from the Settlement Proceeds to pay future Administration Expenses and Litigation Expenses related to completion of the distribution of Settlement Proceeds and any future appeal.

Class Representative bases this Motion on:

| | | |
|---|---|---|
| Memorandum of Law in Support of this Motion and exhibits thereto: | | |
| Exhibit 1 | | Joint Declaration of Class Counsel in Support of Motion for Approval of Attorneys' Fees, Expenses, Class Representative Award, and Settlement Administration Expenses |
| | A | Firm Bio – Rex A. Sharp, P.A. |
| | B | Firm Bio – The Lanier Law Firm, P.C. |
| | C | Declaration of Layn R. Phillips in *Hitch Enterprises, Inc. et al v. Cimarex Energy Co. et al*, No. CIV-11-13 (W.D. Okla.) |
| | D | Declaration of Michael Burrage in *Dorsey J. Reirdon v. XTO Energy, Inc.,* No. 16-cv-00087 (E.D. Okla.) |
| | E | Declaration of Steven S. Gensler in *Dorsey J. Reirdon v. XTO Energy, Inc.,* No. 16-cv-00087 (E.D. Okla.) |
| | F | Order Awarding Attorneys' Fees, Litigation Expenses and Case Contribution Award in *Chieftain Royalty Company v. Laredo Petroleum, Inc.,* No. CIV-12-1319 (W.D. Okla. May 13, 2015) |
| | G | Declaration of Kimberly Hamilton, *Freebird, Inc. v. Merit Energy, Inc.,* No. 10-1154-KHV-JPO (D. Kan. Jan. 15, 2013) (Docket No. 199-3) |
| | H | Table of Oklahoma Cases Awarding 40% Contingent Fee |
| Exhibit 2 | | Expert Declaration of Daniel T. Reineke |
| Exhibit 3 | | Declaration of Mediator Robert G. Gum |
| Exhibit 4 | | Declaration of Melvin Bollenbach |
| The applicable law, all pleadings, declarations, and records on file in this matter, which are respectfully incorporated by reference as if fully set forth herein. | | |

In the event no objection to this motion is filed, also attached as Exhibit 5 is a proposed order granting the requested relief.

Accordingly, Class Representative respectfully requests the Court enter an Order granting the relief stated above and granting any further and proper relief.

Respectfully Submitted,

 /s/ Rex A. Sharp
REX A. SHARP
OBA No. 011990
Rex. A. Sharp, P.A.
5301 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
(913) 901-0419 fax
rsharp@midwest-law.com

REAGAN E. BRADFORD
OBA No. 22072
W. MARK LANIER
Texas State Bar No. 11934600
The Lanier Law Firm
*Houston Office*:
6810 FM 1960 West
Houston, Texas 77069
Telephone: (713) 659-5200
*Oklahoma Office*:
100 E. California Avenue, Suite 200
Oklahoma City, OK 73104
WML@LanierLawFirm.com
Reagan.Bradford@LanierLawFirm.com

**CLASS COUNSEL**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 6th day of February 2018, a true and correct copy of the foregoing document was delivered via the ECF system to the following counsel of record:

L. Vance Brown
Eric L. Huddleston
Wyatt D. Swinford
ELIAS, BOOKS, BROWN & NELSON, P.C.
Two Leadership Square
211 N. Robinson, Suite 1300
Oklahoma City, Oklahoma 73102
Telephone: 405-232-3722
Facsimile: 405-232-3746
vbrown@eliasbooks.com
ehuddleston@eliasbooks.com
wswinford@eliasbooks.com

-And-

Mark D. Christiansen
MCAFEE & TAFT, A PROFESSIONAL CORPORATION
10th Floor, Two Leadership Square
211 N. Robinson Ave.
Oklahoma City, Oklahoma 73102
Telephone: 405-552-2235
Facsimile: 405-228-7435
mark.christiansen@mcafeetaft.com

                                              /s/ Rex A. Sharp
                                              REX A. SHARP