IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOLLENBACH ENTERPRISES LIMITED PARTNERSHIP, on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>OKLAHOMA ENERGY ACQUISITIONS LP; ALTA MESA SERVICES, LP; and ALTA MESA HOLDINGS, LP (including affiliated predecessors and affiliated successors),<br><br>      Defendants. | Case No. 5:17-CV-00134-HE |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiff Bollenbach Enterprises Limited Partnership, on behalf of itself and as the court-appointed Class Representative, moves for approval of the class-wide settlement of this royalty owner underpayment case under Rule 23(e) of the Federal Rules of Civil Procedure. This motion seeks final approval of the settlement itself and of the Plan of Allocation and Distribution of Settlement Funds. Class Counsels' request for awards of attorneys' fees, litigation expenses, administration expenses, and incentive amount to the Class Representative are the subject of a separately filed motion and supporting briefing. Dkt. No. 45.

As grounds for final approval, Plaintiff would show that the notice plan previously approved by the Court has been followed and the Court approved Notice Of Proposed

Settlement of Class Action was mailed to 2,901 Class Members between December 21, 2017 and the present. Declaration of Jennifer Keough of JND Class Action Administration ("Keough Decl."), Dkt. 49-1, at ¶7. The Notice approved for publication was twice published—once on December 20, 2017 and once on January 3, 2018—in three publications: *The Oklahoman*; *The Tulsa World*; and *The Kingfisher (Okla.) Times & Free Press*. Keough Decl., Dkt. 49-1, at ¶¶ 9-10.

Objections were due on or before February 19, 2018. Dkt. No. 40 at 5. This deadline has now passed, and as of the date of this filing, no objection to the settlement has been filed. Only five class members have opted out. Dkts. 44, 47, 51, 52, & 53. As the lack of objections to the Settlement itself show, the Settlement is fair, reasonable and adequate such that it should be approved pursuant to Rule 23 and applicable law.

As further grounds, Plaintiff incorporates by reference the prior filings in support of preliminary approval. Dkts. 34, 35 ("Defendants firmly join in Plaintiffs' request that the Court approve the proposed class settlement and certify the proposed settlement class for settlement purposes only, all in accordance with the carefully-negotiated specific terms of the Settlement Agreement"), 37, 38, 39, 40, 41, 42, 43 & 45. Additional grounds for this motion are set forth in the accompanying Memorandum in Support. Proposed Orders, in the forms of Exhibits A and C to the Amended Settlement Agreement and of Exhibit 5 to the Memorandum of Law in Support of Class Representative's Motion for Approval of Attorneys' Fees, Expenses, Class Representative Award, and Settlement Administration Expenses, will be submitted to chambers for consideration.

Respectfully Submitted,

 /s/ Rex A. Sharp
REX A. SHARP
OBA No. 011990
Rex. A. Sharp, P.A.
5301 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
(913) 901-0419 fax
rsharp@midwest-law.com

REAGAN E. BRADFORD
OBA No. 22072
W. MARK LANIER
Texas State Bar No. 11934600
The Lanier Law Firm
*Houston Office*:
6810 FM 1960 West
Houston, Texas 77069
Telephone: (713) 659-5200
*Oklahoma Office*:
100 E. California Avenue, Suite 200
Oklahoma City, OK 73104
WML@LanierLawFirm.com
Reagan.Bradford@LanierLawFirm.com

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March 2018, a true and correct copy of the foregoing document was delivered via the ECF system to the following counsel of record:

L. Vance Brown
Eric L. Huddleston
Wyatt D. Swinford
ELIAS, BOOKS, BROWN & NELSON, P.C.
Two Leadership Square
211 N. Robinson, Suite 1300
Oklahoma City, Oklahoma 73102
Telephone: 405-232-3722
Facsimile: 405-232-3746
vbrown@eliasbooks.com
ehuddleston@eliasbooks.com
wswinford@eliasbooks.com

-And-

Mark D. Christiansen
MCAFEE & TAFT, A PROFESSIONAL CORPORATION
10th Floor, Two Leadership Square
211 N. Robinson Ave.
Oklahoma City, Oklahoma 73102
Telephone: 405-552-2235
Facsimile: 405-228-7435
mark.christiansen@mcafeetaft.com

    /s/ Rex A. Sharp
   REX A. SHARP