IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOLLENBACH ENTERPRISES LIMITED PARTNERSHIP,<br><br>        Plaintiff,<br>vs.<br><br>OKLAHOMA ENERGY ACQUISITIONS LP, ET AL.,<br><br>        Defendants. | NO. CIV-17-0134-HE |

## ORDER

Plaintiff's unopposed motion for leave to authorize distribution of settlement funds [Doc. #64] is **GRANTED**. Plaintiff is authorized to distribute funds from the Bollenbach Settlement to Class Action Administration LLC, in the amount of $9,136.39.

**IT IS SO ORDERED**.

Dated this 8th day of August, 2018.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE