IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOLLENBACH ENTERPRISES LIMITED PARTNERSHIP, on behalf of itself and all others similarly situated,<br><br>     Plaintiff,<br><br>vs.<br><br>OKLAHOMA ENERGY ACQUISITIONS LP; ALTA MESA SERVICES, LP; and ALTA MESA HOLDINGS, LP (including affiliated predecessors and affiliated successors),<br><br>     Defendants. | Case No. 5:17-CV-00134-HE |

**ORDER**

Before the Court is Plaintiff's Motion to Authorize Distribution of Settlement Funds to Pay Settlement Administration Expenses [Doc. 66]. Having considered the motion, and for good cause shown, the Court **GRANTS** the motion.

The Court hereby authorizes the distribution of funds from the Bollenbach Settlement to the Class Action Administration LLC in the amount of $7,016.46 and to Daniel T. Reineke in the amount of $3,762.50.

**IT IS SO ORDERED.**

Dated this 17th day of September, 2018.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE