IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOLLENBACH ENTERPRISES LIMITED PARTNERSHIP, on behalf of itself and all other similarly situated,<br><br>           Plaintiff,<br><br>vs.<br><br>OKLAHOMA ENERGY ACQUISITIONS LP; ALTA MESA SERVICES, LP; and ALTA MESA HOLDINGS, LP (including affiliated predecessors and affiliated successors),<br><br>           Defendants. | Case No. 5:17-CV-00134-HE |

## SECOND DECLARATION OF JENNIFER M. KEOUGH REGARDING DISTRIBUTION OF SETTLEMENT PROCEEDS

I, JENNIFER M. KEOUGH, declare as follows:

1. I submit this Supplemental Declaration in respect of the Response and Objection to Motion for Distribution of Final Undistributed Fund and Termination of Lawsuit filed on October 22, 2018 (Docket No. 70). This Declaration is based on my personal knowledge, as well as upon information provided to me by experienced JND employees, and if called upon to do so, I could and would testify competently thereto.

## NON-DISTRIBUTABLE FUNDS

2. During preparation of the Summary Final Distribution Report, amounts totaling $1,200.16 were to be distributed to several entities excluded under paragraph 1.22 of the Amended Settlement Agreement, namely: Defendant Oklahoma Energy Acquisition, L.P. ($1.33); Panhandle Oil & Gas, Inc. ($54.67); Oxy USA, Inc. ($67.08); XTO Energy ($301.16); and Chesapeake Exploration LLC and Chesapeake Royalty LLC

($775.92). Because these amounts were neither Monies Payable to Opt-Outs nor Undistributed Proceeds under the Amended Settlement Agreement, the amounts remained in the Bollenbach Settlement Account pending further order of the Court.

## TITLE DEFECTS

3. JND has not identified any monies that were not distributed due to title defects burdening an owner's interest in a lease.

## REQUEST TO REISSUE

4. JND has been contacted by the executor of the estate of class member Walter Lawrence Williams to notify JND that Mr. Williams has passed away and to request a replacement Distribution Check made payable to Mr. Williams' estate. The Check amount is $1,863.11.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 24, 2018, at Seattle, Washington.

BY: _____
JENNIFER M. KEOUGH