IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOLLENBACH ENTERPRISES LIMITED PARTNERSHIP, on behalf of itself and all others similarly situated,<br><br>     Plaintiff,<br><br>vs.<br><br>OKLAHOMA ENERGY ACQUISITIONS LP; ALTA MESA SERVICES, LP; and ALTA MESA HOLDINGS, LP (including affiliated predecessors and affiliated successors),<br><br>     Defendants. | Case No. 5:17-CV-00134-HE |

**CLASS REPRESENTATIVE'S MOTION FOR ORDER
APPROVING FINAL REPORT OF DISTRIBUTION OF SETTLEMENT FUND**

  Paragraph 3.6 of the Amended Settlement Agreement provides:

  Upon submission of the Summary Final Distribution Report to the Court, and upon distribution of all Settlement Proceeds in accordance with the Plan of Allocation and Distribution and this Agreement, and upon the Court issuing an order pertaining to the proper distribution of the Final Undistributed Fund, Settlement Class Counsel shall request the Court to enter an Order approving the Final Report of Distribution of the Settlement Proceeds, which shall detail the distribution and disposition of the Settlement Proceeds.

[Doc. 42-4 at ¶3.6]. Having satisfied the preconditions to seeking entry of the Order Approving Final Report of Distribution of Settlement Fund, Class Representative Bollenbach Enterprises Limited Partnership, through Settlement Class Counsel, now moves the Court for entry of the Order Approving Final Report of Distribution of Settlement Fund. In support of this Motion, Class Representative states as follows:

1. As directed in paragraph 1.25 of the Amended Settlement Agreement, Class Representative filed under seal the Summary Final Distribution Report, showing the distribution to each member of the Settlement Class for whom an address and amount of distribution of the Settlement Proceeds was determined. [Doc. 63].

2. With one exception, addressed in the next paragraph, all Settlement Proceeds have been distributed in accordance with the Plan of Allocation and Distribution and the Amended Settlement Agreement. [*See* Docs. 57, 59, 61, 65, 67, and 68].

3. This Motion requests approval for the payment of one remaining invoice from the Settlement Administrator. Attached as **Exhibit A** is Invoice #2398 in the amount of $5,431.07 for the Administrator's services through October 15, 2018. Settlement Class Counsel only recently received this invoice. Fortunately, this amount falls within the $28,500 that was set aside for Administration Expenses so, funds are available to pay this invoice, leaving a balance of $541.13, which will be consumed by the Settlement Administrator's services through the distribution of the *cy pres* funds and shutting down of the website and phone lines. The Settlement Administrator will not be paid for any time or expenses exceeding this amount. For this reason, the Order submitted with this Motion approves the payment of this invoice and the payment of the remaining balance to the Settlement Administration in full satisfaction of payment owed for its services in this matter.

4. Finally, the Court has issued an Order pertaining to the proper distribution of the Final Undistributed Fund [Doc. 73].

5. The proposed Order Approving Final Report of Distribution of Settlement Fund details the distribution and disposition of the Settlement Fund.

6. Upon entry of the proposed Order Approving Final Report of Distribution of Settlement Fund, the Court's continuing jurisdiction over the interpretation, enforcement, and administration of the Amended Settlement Agreement shall end. [Doc. 42-4 at ¶5.3].

Class Representative respectfully requests the Court enter the proposed Order Approving Final Report of Distribution of Settlement Fund and end its jurisdiction over the Settlement.

Respectfully Submitted,

 /s/ Rex A. Sharp
REX A. SHARP
OBA No. 011990
Rex. A. Sharp, P.A.
5301 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
(913) 901-0419 fax
rsharp@midwest-law.com

REAGAN E. BRADFORD
OBA No. 22072
W. MARK LANIER
Texas State Bar No. 11934600
The Lanier Law Firm
*Houston Office*:
6810 FM 1960 West
Houston, Texas 77069
Telephone: (713) 659-5200

*Oklahoma Office*:
100 E. California Avenue, Suite 200

>Oklahoma City, OK 73104
>WML@LanierLawFirm.com
>Reagan.Bradford@LanierLawFirm.com
>
>**COUNSEL FOR THE**
>**SETTLEMENT CLASS**

## CERTIFICATE OF SERVICE

   I hereby certify that on the 9th day of November 2018, a true and correct copy of the foregoing document was delivered via the ECF system to the following counsel of record:

L. Vance Brown
Eric L. Huddleston
Wyatt D. Swinford
ELIAS, BOOKS, BROWN&NELSON, P.C.
Two Leadership Square
211 N. Robinson, Suite 1300
Oklahoma City, Oklahoma 73102
Telephone: 405-232-3722
Facsimile: 405-232-3746
vbrown@eliasbooks.com
ehuddleston@eliasbooks.com
wswinford@eliasbooks.com

Mark D. Christiansen, OBA #1675
MCAFEE&TAFT, A PROFESSIONAL CORPORATION
10th Floor, Two Leadership Square
211 N. Robinson Ave.
Oklahoma City, Oklahoma 73102
Telephone: 405-552-2235
Facsimile: 405-228-7435
mark.christiansen@mcafeetaft.com

            /s/ Rex A. Sharp
            REX A. SHARP