# IN THE UNITED STATES DISTRICT COURT IN THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOLLENBACH ENTERPRISES LIMITED PARTNERSHIP, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> OKLAHOMA ENERGY ACQUISITIONS LP; ALTA MESA SERVICES, LP; and ALTA MESA HOLDINGS, LP (including affiliated predecessors and affiliated successors), <br><br> Defendants. | NO.  CIV-17-0134-HE |

## ORDER APPROVING FINAL REPORT OF
## DISTRIBUTION OF SETTLEMENT FUND

Before the Court is Class Representative's Motion for Order Approving Final Report of Distribution of Settlement Fund [dkt. 74].

Based upon the record and after consideration of Class Representative's proposed order, the Court APPROVES the Final Report of Distribution of Settlement Funds as follows:

| | | |
|---|---|---|
| Settlement Proceeds | $4,737,584.06 | Doc. 42-2, ¶1.24; Doc. 68, ¶2 |
| Less Monies Payable to Opt-Outs | ($7,647.24) | Doc. 42-4, ¶1.14; Doc. 68, ¶5 |
| Less Attorneys' Fees | ($1,576,361.67) | Doc. 59; Doc. 68, ¶3 |
| Less Litigation Expenses | ($48,978.03) | Doc. 59; Doc. 68, ¶3 |
| Less Class Representative Award | ($70,936.27) | Doc. 59; Doc. 68, ¶4 |
| Less Administration Expenses | ($36,025.00) | Docs. 61, 65, 67; Doc. 68, ¶16 |
| Less Net Settlement Amount distributed to Class Members | ($2,824,968.93) | Doc. 68, ¶13 |
| Less Final Undistributed Fund | ($172,666.92) | Doc. 73 |

| Total of Amounts Deducted from Settlement Proceeds | $4,737,584.06 | |
|---|---|---|

In addition, the Court ORDERS payment of Invoice #2398 of JND Class Action Administration from the $28,500 set aside for Administration Expenses and payment of the remaining balance of that amount to the Settlement Administrator in full satisfaction of payment for its services in this matter.

The foregoing amounts were distributed or are being distributed pursuant to and in accordance with the orders of this Court.

Class Representative's Motion for Order Approving Final Report of Distribution of Settlement Fund [Doc. # 74] is **GRANTED**. The above Final Report of Distribution is hereby **APPROVED.**

**IT IS SO ORDERED.**

Dated this 20th day of November, 2018.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE